UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | No. C 11-00571 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JUAN PEREZ, | |
| Defendant. | |

On May 24, 2011, the Plaintiff in the above-captioned matter filed a motion to remand, with a noticed hearing date of June 30, 2011. (Dkt. #6.) Pursuant to Civil Local Rule 7, Defendant's opposition or statement of non-opposition was due by June 9, 2011; however, Defendant failed to file an opposition. Accordingly, the Court hereby VACATES the June 30 hearing and ORDERS Defendant Juan Perez to show cause why this case should not be remanded. Defendant shall file a declaration by June 30, 2011, and the Court shall conduct a hearing on July 14, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The July 28, 2011 Case Management Conference is VACATED.

**IT IS SO ORDERED.**

Dated: June 14, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

US BANK NATIONAL ASSOCIATION,

        Plaintiff,

v.

JUAN PEREZ et al,

        Defendant.

Case Number: CV11-00571 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan Perez
3924 Worthing Way
Discovery Bay, CA 94505

Dated: June 14, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2