UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>            Plaintiff,<br>       v.<br><br>JUAN PEREZ,<br><br>            Defendant.<br>_____/ | No. C 11-00571 MEJ<br><br>**ORDER FOR CLERK OF COURT TO REASSIGN CASE**<br><br>**REPORT & RECOMMENDATION** |

This is an unlawful detainer action brought by Plaintiff U.S. Bank National Association in the Superior Court of the State of California, County of Contra Costa. Dkt. No. 1. On February 7, 2011, Defendant Juan Perez removed the case to this Court. Dkt. No. 1. Defendant also filed an application to proceed in forma pauperis. Dkt. No. 3. On May 13, 2011, the Court ordered Defendant to either consent to magistrate judge jurisdiction or request reassignment to a district court judge. Dkt. No. 4. Defendant failed to respond to the May 13 order. Accordingly, the Court ORDERS the Clerk of Court to reassign this case to a district judge with the following report and recommendation.

On May 24, 2011, Plaintiff filed a motion to remand, with a noticed hearing date of June 30, 2011. Dkt. No. 6. Pursuant to Civil Local Rule 7, Defendant's opposition or statement of non-opposition was due by June 9, 2011. As Defendant failed to respond, the Court vacated the June 30 hearing and ordered Defendant Juan Perez to show cause why this case should not be remanded. Dkt. No. 11. The Court ordered Defendant to file a declaration by June 30, 2011, and scheduled a hearing on July 14, 2011 at 10:00 a.m. Defendant has, once again, failed to respond. Accordingly, the Court hereby VACATES the July 14 hearing.

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or

the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Under 28 U.S.C. § 1332(a), a district court has original jurisdiction over civil actions where the suit is between citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.  The burden of establishing that federal jurisdiction exists is on the party seeking removal, and courts strictly construe the removal statute against removal jurisdiction. *Gaus v. Miles, Inc.*, 980 F.2d 564, 566-67 (9th Cir. 1992) (internal citations omitted). Accordingly, "federal jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance." *Id*. at 566. Further, a district court must remand the case to state court if it appears at any time before final judgment that the district court lacks subject matter jurisdiction.  28 U.S.C. § 1447(c).  The Ninth Circuit strictly construes the removal statute against removal jurisdiction and federal jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance. *Gaus*, 980 F.2d at 566.  Moreover, the burden of overcoming the "strong presumption" against removal is always on the defendant. *Id.*

Here, the face of the complaint, which asserts only one state law claim for unlawful detainer, does not provide any ground for removal.  An unlawful detainer action, on its face, does not arise under federal law but is purely a creature of California law. *Wells Fargo Bank v. Lapeen*, 2011 WL 2194117, at *3 (N.D. Cal. June 6, 2011); *Wescom Credit Union v. Dudley*, 2010 WL 4916578, at *2 (C.D. Cal. Nov. 22, 2010).  Further, Defendant has failed to file any opposition to Plaintiff's complaint and has failed to respond to the Court's order to show cause why this case should not be remanded.  Thus, Defendant has failed to meet his burden of demonstrating grounds for jurisdiction over Plaintiff's single claim for unlawful detainer brought pursuant to California law. Accordingly, the undersigned RECOMMENDS that the District Court REMAND this case to Contra Costa County Superior Court.

**IT IS SO RECOMMENDED.**

Dated: July 11, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

US BANK NATIONAL ASSOCIATION,

         Plaintiff,

  v.

JUAN PEREZ et al,

         Defendant.

Case Number: CV11-00571 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan Perez
3924 Worthing Way
Discovery Bay, CA 94505

Dated: July 11, 2011

                        Richard W. Wieking, Clerk
                        By: Brenda Tolbert, Deputy Clerk

3