IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>  v.<br><br>JUAN PEREZ,<br><br>    Defendant.<br>_____/ | No. C 11-00571 CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE** |

    The Court has reviewed Chief Magistrate Judge Maria-Elena James's Report and Recommendation for remand based on lack of jurisdiction. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, the case is REMANDED to Contra Costa Superior Court.

    **IT IS SO ORDERED.**

Dated: July 26, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\571\order adopting RandR.wpd